Darya S. Druch (135827)
Attorney at Law
1305 Franklin Street, Suite 210
Oakland, CA 94612
Tel: (510)955-1855
Fax: (510)279-5587
Email: Darya@daryalaw.com

Attorney for Debtors,
Diane Lee Oakes and Andrzej Piotr Pokorny

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA

In re:

Diane Lee Oakes and Andrzej Piotr Pokorny

     Debtor.

Case No.: 23-40133 CN

Chapter 13

### DECLARATION OF DARYA S. DRUCH IN SUPPORT OF
### OPPOSITION TO OBJECTION TO EXEMPTIONS

I Darya S. Druch declare as follows:

1.    I am an attorney at law duly licensed to practice before this court and am the attorney of record for the Debtors in this case

2.    Attached hereto as Exhibit A is a true and correct copy of the Debtors' Schedules C and D filed in this case on 2/2/23.

3.    Attached hereto as Exhibit B is a true and correct copy of The Judicial Council of California letter of March 30, 2022 to the Legislative Counsel.

4.    Attached hereto as Exhibit C is a true and correct copy of the letter from the California State Board of Equalization to the County Assessors dated December 23, 2022

5.    Attached hereto as Exhibit D is a true and correct copy of 2023 Social Security Fact Sheet

Case: 23-40133   Doc# 26   Filed: 03/23/23   Entered: 03/23/23 15:53:02   Page 1 of 32

6.      Attached hereto as Exhibit E is a true and correct copy of a calculation of the 2022 Homestead amounts prepared by Norma Hammes for a NACBA seminar "Critical NEW changes to California Exemption and Consumer laws Every Bankruptcy Attorney Needs to Know" of October 13, 2022.

Executed this 23rd day of March 2023 in Richmond, California.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Darya S. Druch
Darya S. Druch

# EXHIBIT A

| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |

| | | | |
|---|---|---|---|
| Debtor 1 | **Diane Lee Oakes** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Andrzej Piotr Pokorny** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **14248 Outrigger Drive San Leandro, CA 94577-6419  Alameda County**<br>Line from *Schedule A/B*: **1.1** | $713,000.00 | ☒ $678,391.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.730** |
| **2015 Lexus RX350 68000 miles Value based on blue book minus 10% for costs of sale**<br>Line from *Schedule A/B*: **3.1** | $16,875.00 | ☒ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.010** |
| **Household goods and furnishings**<br>Line from *Schedule A/B*: **6.1** | $5,000.00 | ☒ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Personal electronics (TV, Phones)**<br>Line from *Schedule A/B*: **7.1** | $2,000.00 | ☒ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ☒ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |

| Debtor 1 | **Diane Lee Oakes** |
|---|---|
| Debtor 2 | **Andrzej Piotr Pokorny** |

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | $8,000.00 | ■ $8,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Savings 4621: Bank of Marin**<br>Line from *Schedule A/B*: **17.1** | $12,022.00 | ■ $410.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings 4621: Bank of Marin**<br>Line from *Schedule A/B*: **17.1** | $12,022.00 | ■ $11,612.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Checking 6400: Bank of Marin**<br>Line from *Schedule A/B*: **17.2** | $3,484.00 | ■ $3,484.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Checking - Social security only 0664: Bank of Marin**<br>Line from *Schedule A/B*: **17.3** | $3,414.00 | ■ $3,414.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.080 |
| **401K: Empower**<br>Line from *Schedule A/B*: **21.1** | $5,820.00 | ■ $5,820.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ■ No

       ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Diane Lee Oakes** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Andrzej Piotr Pokorny** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

| | Column A | Column B | Column C |
|---|---|---|---|
| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.1 | **Capital One - Bankruptcy** | | $7,849.00 | $713,000.00 | $0.00 |

Creditor's Name

**PO Box 30285
Salt Lake City, UT
84130-0285**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**14248 Outrigger Drive San Leandro, CA 94577-6419  Alameda County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim relates to a community debt

Date debt was incurred _____     Last 4 digits of account number _____

| | | | |
|---|---|---|---|
| Debtor 1 | **Diane Lee Oakes** | | Case number (if known) |
| | First Name  Middle Name  Last Name | | |
| Debtor 2 | **Andrzej Piotr Pokorny** | | |
| | First Name  Middle Name  Last Name | | |

---

| 2.2 | **Chase - Bankruptcy Dept** | Describe the property that secures the claim: | $18,252.00 | $713,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**National Bankruptcy Services**
**PO Box 9013**
**Addison, TX 75001-9013**

Number, Street, City, State & Zip Code

**14248 Outrigger Drive San Leandro, CA 94577-6419  Alameda County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number   **7916**

---

| 2.3 | **Rushmore Loan Management** | Describe the property that secures the claim: | $224,009.00 | $713,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Po Box514707**
**Los Angeles, CA 90051**

Number, Street, City, State & Zip Code

**14248 Outrigger Drive San Leandro, CA 94577-6419  Alameda County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number   **7408**

---

Add the dollar value of your entries in Column A on this page. Write that number here: | **$250,110.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$250,110.00**

---

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]   Name, Number, Street, City, State & Zip Code
**Hunt and Henriques**
**7017 Realm Dr.**
**San Jose, CA 95110**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number  ___

---

# EXHIBIT B



# JUDICIAL COUNCIL OF CALIFORNIA

455 Golden Gate Avenue
San Francisco, CA 94102-3688
Tel 415-865-4200
TDD 415-865-4272
Fax 415-865-4205
www.courts.ca.gov

HON. TANI G. CANTIL-SAKAUYE
*Chief Justice of California*
*Chair of the Judicial Council*

HON. MARSHA G. SLOUGH
*Chair, Executive and Planning Committee*

HON. DAVID M. RUBIN
*Chair, Judicial Branch Budget Committee*
*Chair, Litigation Management Committee*

HON. MARLA O. ANDERSON
*Chair, Legislation Committee*

HON. CARIN T. FUJISAKI
*Chair, Rules Committee*

HON. KYLE S. BRODIE
*Chair, Technology Committee*

Hon. Richard Bloom
Hon. C. Todd Bottke
Hon. Stacy Boulware Eurie
Hon. Kevin C. Brazile
Hon. Jonathan B. Conklin
Hon. Carol A. Corrigan
Hon. Samuel K. Feng
Mr. David D. Fu
Hon. Brad R. Hill
Ms. Rachel W. Hill
Hon. Harold W. Hopp
Hon. Dalila Corral Lyons
Ms. Gretchen Nelson
Mr. Maxwell V. Pritt
Hon. Thomas J. Umberg

ADVISORY MEMBERS
Hon. Rupert A. Byrdsong
Ms. Rebecca J. Fleming
Mr. Kevin Harrigan
Mr. Shawn C. Landry
Hon. Glenn Mondo
Hon. Ann C. Moorman
Hon. Theodore C. Zayner

MR. MARTIN HOSHINO
*Administrative Director*
*Judicial Council*

March 30, 2022

Ms. Cara L. Jenkins
Legislative Counsel
1021 O Street, Suite 3210
Sacramento, California 95814

Ms. Erika Contreras
Secretary of the Senate
State Capitol, Room 3044
Sacramento, California 95814

Ms. Sue Parker
Chief Clerk of the Assembly
State Capitol, Room 319
Sacramento, California 95814

Re: *Report required under Code of Civil Procedure section 703.150(c)*

Dear Ms. Jenkins, Ms. Contreras, and Ms. Parker:

The Judicial Council respectfully submits this report as required by Code of Civil Procedure section 703.150(d). That statute provides that at three-year intervals beginning on April 1, 2013, the Judicial Council shall submit to the Legislature the amount by which the dollar amounts of the homestead exemptions in effect immediately before that date as provided in section 704.730(a) may be increased under the formula set forth in section 703.150(e), should the Legislature approve such an adjustment. The council notes, however, that it is no longer clear how to make that calculation and, even if it were, the adjusted dollar amounts no longer seem to be needed in light of recent legislation that provides for automatic adjustments of the homestead exemption amounts.

Since the Judicial Council last reported on potential adjustments to dollar amounts of homestead exemptions in 2019, the Legislature amended section 704.730. (See Assem. Bill 1885; Stats. 2020, ch. 94.) The Legislature substantially increased the amounts of the homestead

exemption effective January 1, 2021, and included in the amended statute provisions by which the amounts of the exemption automatically adjust every year based on changes in the California Consumer Price Index, starting January 1, 2022. (Code Civ. Proc. § 704.730(b).)

Although the adjustments have now been made automatic, the Legislature did not, when amending section 704.730, eliminate the provision for triannual reports for potential adjustments. If the Legislature should continue to want the council to calculate and report on such adjustments, however, it is unclear how to calculate the requested dollar amounts, because the formula for annual adjustments in section 704.730(b) regarding homestead exemptions is different than the formula for triannual adjustments for other exemptions set forth in section 703.150(e).

- Section 703.150(e) requires the Judicial Council to calculate an adjustment based on the change in the annual California Consumer Price Index for All Urban Consumers (CCPI) for the *prior three-year period* ending December 31, to the dollar amount of exemptions "in effect immediately before" April 1 of every third year.

- Section 704.730(b) provides that, as of January 1, 2022, the amount of the homestead exemptions shall adjust *annually* based on the change in the annual CCPI for the prior *fiscal* year, published by the Department of Industrial Relations.

To adjust the dollar amounts of the homestead exemptions in effect immediately before April 1, 2022 (as required under section 703.150(e)), the council must first determine what those amounts are. Although section 704.730(b) provides that the amounts adjusted as of January 1, 2022 are based on the change in CCPI over the prior *fiscal* year, it is unclear what that change is. The Department of Industrial Relations updates the CCPI every two months, and provides an annual average for the calendar year, but does not publish a fiscal year CCPI. There is no definition of fiscal year in the Code of Civil Procedure; there is one in the Government Code, with the fiscal year beginning July 1 through June 30. However, because the Department of Industrial Relations does not publish a CCPI amount for July (it only publishes amounts for even numbered months), even using that definition does not clarify exactly how to calculate the adjusted amount. The dollar amounts of the homestead exemptions in section 704.730 could, as of January 1, 2022, be adjusted by 4.4% or 4.7%, or something else altogether, depending on what figures from the Department of Industrial Relations are considered to constitute CCPI for the prior fiscal year.[1]

---

[1] Assuming the fiscal year is from July 1 to June 30, the change could be measured using the change in the figures published for June 2020 and June 2021 (4.4%) or for August 2020 (the first CCPI published in that fiscal year) and August 2021 (4.7%). Other options exist, such as the change in figures published for August 2020 and June 2021 (the last CCPI during that fiscal year, but only 11 months later, with a 3.9% change). Calculating an annual CPI for

Moreover, once the current homestead exemption amounts are calculated, applying the adjustments required in section 703.150 would result in duplicative adjustments because, unlike the other exemptions to which that section applies, the homestead exemptions have already been increased twice during the three-year period that is considered under 703.150, with one of the increases based directly on changes in CCPI within that period.

For the above reasons, the council has not included specific dollar amounts in this report. However, the council reports that, should the Legislature decide to adjust the current homestead exemptions in section 704.730 based on the provisions for adjusting exemption amounts under section 703.150(e), the current dollar amounts of the homestead exemptions would be increased by 9.123%. The calculation for making the adjustments is attached.

If you have any questions related to this report, please contact Deborah Brown, Chief Counsel, at 415-865-7667, deborah.brown@jud.ca.gov.

Sincerely,

Martin Hoshino
Administrative Director
Judicial Council of California

MH/AMR
Attachment
Links:  Code Civ. Proc., § 703.150:
    *https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?sectionNum=703.150.&lawCode=CCP*
    Code Civ. Proc., § 704.730:
    *https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?sectionNum=704.730.&lawCode=CCP*

---

each of those periods (which is not a figure published by Department of Industrial Relations), and comparing it to an annual CPI from the prior fiscal year, could result in yet different percentages.

cc:   Eric Dang, Counsel, Office of Senate President pro Tempore Toni G. Atkins
      Alf Brandt, Senior Counsel, Office of Assembly Speaker Anthony Rendon
      Shaun Naidu, Policy Consultant, Office of Assembly Speaker Anthony Rendon
      Anita Lee, Principal Fiscal and Policy Analyst, Legislative Analyst's Office
      Gabriel Petek, Legislative Analyst, Legislative Analyst's Office
      Jessie Romine, Budget Analyst, Department of Finance
      Margie Estrada, Chief Counsel, Senate Judiciary Committee
      Mary Kennedy, Chief Counsel, Senate Public Safety Committee
      Eric Csizmar, Consultant, Senate Republican Policy Office
      Morgan Branch, Consultant, Senate Republican Policy Office
      Alison Merrilees, Chief Counsel, Assembly Judiciary Committee
      Sandy Uribe, Chief Counsel, Assembly Public Safety Committee
      Jennifer Kim, Consultant, Assembly Budget Committee
      Lyndsay Mitchell, Consultant, Assembly Republican Office of Policy & Budget
      Gary Olson, Consultant, Assembly Republican Office of Policy & Budget
      Daryl Thomas, Consultant, Assembly Republican Office of Policy & Budget
      Amy Leach, Minute Clerk, Office of Assembly Chief Clerk
      Cory T. Jasperson, Director, Governmental Affairs, Judicial Council
      Jenniffer Herman, Administrative Coordinator, Governmental Affairs, Judicial Council

**Attachment 1**

**Calculation of Potential Increases to Dollar Amounts
Under Code of Civil Procedure Section 704.730
(for April 1, 2022)**

**Formula**

Under Code of Civil Procedure section 703.150(d) and (e), the potential adjustments to the dollar amount of the exemptions in sections 704.730 would be calculated as follows:

$$\text{Adjusted dollar amount} = \left[ \frac{\text{annual CCPI (2021)} - \text{annual CCPI (2018)}}{\text{annual CCPI (2018)}} + 1 \right] \times \text{Previous dollar amount}$$

**Definition**

"CCPI" means the California Consumer Price Index for All Urban Consumers published by the Department of Industrial Relations, Division of Labor Statistics.

**Calculation (as of April 1, 2022)**

The calculation for potential adjustments to the dollar amounts in Code of Civil Procedure sections 704.730 et seq. is based on the following formula:

$$\text{Adjusted dollar amount} = \left[ \frac{297.371 - 272.51}{272.51} + 1 \right] \times \text{Previous dollar amount} = 1.09123 \times \text{Previous dollar amount}$$

The adjusted amounts for each of the exemption amounts in section 703.740 would be calculated by increasing the individual dollar amounts by 9.123 percent with each adjusted amount rounded to the nearest $25. (See Code Civ. Proc., § 703.150(e).)

# EXHIBIT C

STATE OF CALIFORNIA



## STATE BOARD OF EQUALIZATION
PROPERTY TAX DEPARTMENT
PO BOX 942879, SACRAMENTO, CALIFORNIA 94279-0064
1-916-274-3350 ● FAX 1-916-285-0134
www.boe.ca.gov

TED GAINES
First District, Sacramento

MALIA M. COHEN, CHAIR
Second District, San Francisco

ANTONIO VAZQUEZ
Third District, Santa Monica

MIKE SCHAEFER, VICE CHAIR
Fourth District, San Diego

BETTY T. YEE
State Controller
_____

YVETTE M. STOWERS
Executive Director

December 23, 2022

No. 2022/061

TO COUNTY ASSESSORS:

## 2023-24 CALIFORNIA CONSUMER PRICE INDEX

Revenue and Taxation Code section 51 provides that base year values determined under section 110.1 shall be compounded annually by an inflation factor, not to exceed 2 percent. Section 51(a)(1)(C) provides that for any assessment year commencing on or after January 1, 1998, the inflation factor shall be the percentage change, rounded to the nearest one-thousandth of 1 percent, from October of the prior fiscal year to October of the current fiscal year in the California Consumer Price Index (CCPI) for all items, as determined by the California Department of Industrial Relations.

Information from the Department of Industrial Relations shows that the CCPI increased from 302.793 in October 2021 to 324.819 in October 2022. Rounded to the nearest one-thousandth of 1 percent, this is an increase of 7.274 percent.

Accordingly, please prepare your **2023** assessment roll using an inflation factor of **1.02**.

A list of the final inflation factors announced for current and prior years is enclosed. If you have any questions, please contact our County-Assessed Properties Division at 1-916-274-3350.

Sincerely,

/s/ David Yeung

David Yeung
Deputy Director
Property Tax Department

DY: rm
Enclosure

## FINAL INFLATION FACTORS FOR CURRENT AND PRIOR YEARS

| Year | CCPI % Change | Base Year Value Change[1] | Factor | Year | CCPI % Change | Base Year Value Change | Factor |
|---|---|---|---|---|---|---|---|
| 1976-77 | 6.250 | 2% | 1.02 | 2017-18 | 2.619 | 2% | 1.02 |
| 1977-78 | 7.169 | 2% | 1.02 | 2018-19 | 2.962 | 2% | 1.02 |
| 1978-79 | 8.233 | 2% | 1.02 | 2019-20 | 3.847 | 2% | 1.02 |
| 1979-80 | 9.826 | 2% | 1.02 | 2020-21 | 2.980 | 2% | 1.02 |
| 1980-81 | 17.316 | 2% | 1.02 | 2021-22 | 1.036 | 1.04% | 1.01036 |
| 1981-82 | 7.134 | 2% | 1.02 | 2022-23 | 5.561 | 2% | 1.02 |
| 1982-83 | 11.137 | 2% | 1.02 | 2023-24 | 7.274 | 2% | 1.02 |
| 1983-84 | 1.033 | 1% | 1.01 | | | | |
| 1984-85 | 5.034 | 2% | 1.02 | | | | |
| 1985-86 | 5.089 | 2% | 1.02 | | | | |
| 1986-87 | 4.374 | 2% | 1.02 | | | | |
| 1987-88 | 2.095 | 2% | 1.02 | | | | |
| 1988-89 | 5.160 | 2% | 1.02 | | | | |
| 1989-90 | 4.730 | 2% | 1.02 | | | | |
| 1990-91 | 4.758 | 2% | 1.02 | | | | |
| 1991-92 | 6.390 | 2% | 1.02 | | | | |
| 1992-93 | 3.039 | 2% | 1.02 | | | | |
| 1993-94 | 3.441 | 2% | 1.02 | | | | |
| 1994-95 | 2.308 | 2% | 1.02 | | | | |
| 1995-96 | 1.194 | 1.19% | 1.0119 | | | | |
| 1996-97 | 1.115 | 1.11% | 1.0111 | | | | |
| 1997-98 | 2.399 | 2% | 1.02 | | | | |
| 1998-99 | 2.081 | 2% | 1.02 | | | | |
| 1999-2000 | 1.853 | 1.85% | 1.01853 | | | | |
| 2000-01 | 3.214 | 2% | 1.02 | | | | |
| 2001-02 | 4.172 | 2% | 1.02 | | | | |
| 2002-03 | 3.215 | 2% | 1.02 | | | | |
| 2003-04 | 2.459 | 2% | 1.02 | | | | |
| 2004-05 | 1.867 | 1.87% | 1.01867 | | | | |
| 2005-06 | 3.665 | 2% | 1.02 | | | | |
| 2006-07 | 4.596 | 2% | 1.02 | | | | |
| 2007-08 | 2.269 | 2% | 1.02 | | | | |
| 2008-09 | 3.380 | 2% | 1.02 | | | | |
| 2009-10 | 3.477 | 2% | 1.02 | | | | |
| 2010-11 | -0.237 | -0.24% | 0.99763 | | | | |
| 2011-12 | 0.753 | 0.75% | 1.00753 | | | | |
| 2012-13 | 2.889 | 2% | 1.02 | | | | |
| 2013-14 | 3.081 | 2% | 1.02 | | | | |
| 2014-15 | 0.454 | 0.45% | 1.00454 | | | | |
| 2015-16 | 1.998 | 2.00% | 1.01998 | | | | |
| 2016-17 | 1.525 | 1.53% | 1.01525 | | | | |

[1] Increase to base year value is limited to 2 percent pursuant to California Constitution, article XIII A, section 2(b).

# EXHIBIT D



# Fact Sheet

## SOCIAL SECURITY

### 2023 SOCIAL SECURITY CHANGES

**Cost-of-Living Adjustment (COLA):**

Based on the increase in the Consumer Price Index (CPI-W) from the third quarter of 2021 through the third quarter of 2022, Social Security and Supplemental Security Income (SSI) beneficiaries will receive an 8.7 percent COLA for 2023. Other important 2023 Social Security information is as follows:

| Tax Rate | 2022 | 2023 |
|----------|------|------|
| Employee | 7.65% | 7.65% |
| Self-Employed | 15.30% | 15.30% |

**NOTE:** The 7.65% tax rate is the combined rate for Social Security and Medicare. The Social Security portion (OASDI) is 6.20% on earnings up to the applicable taxable maximum amount (see below). The Medicare portion (HI) is 1.45% on all earnings. Also, as of January 2013, individuals with earned income of more than $200,000 ($250,000 for married couples filing jointly) pay an additional 0.9 percent in Medicare taxes. The tax rates shown above do not include the 0.9 percent.

| | 2022 | 2023 |
|---|------|------|
| **Maximum Taxable Earnings** | | |
| Social Security (OASDI only) | $147,000 | $160,200 |
| Medicare (HI only) | No Limit | |
| **Quarter of Coverage** | | |
| | $1,510 | $1,640 |
| **Retirement Earnings Test Exempt Amounts** | | |
| Under full retirement age | $19,560/yr. ($1,630/mo.) | $21,240/yr. ($1,770/mo.) |
| NOTE: One dollar in benefits will be withheld for every $2 in earnings above the limit. | | |

Case: 23-40133    Doc# 26    Filed: 03/23/23    Entered: 03/23/23 15:53:02    Page 18 of 32

| | 2022 | 2023 |
|---|---|---|
| The year an individual reaches full retirement age | $51,960/yr. ($4,330/mo.) | $56,520/yr. ($4,710/mo.) |
| NOTE: Applies only to earnings for months prior to attaining full retirement age. One dollar in benefits will be withheld for every $3 in earnings above the limit. | | |
| Beginning the month an individual attains full retirement age | None | |

| | 2022 | 2023 |
|---|---|---|
| **Social Security Disability Thresholds** | | |
| Substantial Gainful Activity (SGA) | | |
| Non-Blind | $1,350/mo. | $1,470/mo. |
| Blind | $2,260/mo. | $2,460/mo. |
| Trial Work Period (TWP) | $ 970/mo. | $1,050/mo. |
| **Maximum Social Security Benefit: Worker Retiring at Full Retirement Age** | | |
| | $3,345/mo. | $3,627/mo. |
| **SSI Federal Payment Standard** | | |
| Individual | $ 841/mo. | $ 914/mo. |
| Couple | $1,261/mo. | $1,371/mo. |
| **SSI Resource Limits** | | |
| Individual | $2,000 | $2,000 |
| Couple | $3,000 | $3,000 |
| **SSI Student Exclusion** | | |
| Monthly limit | $2,040 | $2,220 |
| Annual limit | $8,230 | $8,950 |
| **Estimated Average Monthly Social Security Benefits Payable in January 2023** | | |
| | Before 8.7% COLA | After 8.7% COLA |
| All Retired Workers | $1,681 | $1,827 |
| Aged Couple, Both Receiving Benefits | $2,734 | $2,972 |
| Widowed Mother and Two Children | $3,238 | $3,520 |
| Aged Widow(er) Alone | $1,567 | $1,704 |
| Disabled Worker, Spouse and One or More Children | $2,407 | $2,616 |
| All Disabled Workers | $1,364 | $1,483 |

This press release was produced and disseminated at U.S. taxpayer expense.

# EXHIBIT E

# Annual Inflation Adjustments for California Homestead Floor and Ceiling:
## *Method of Calculation*

Step 1:  Break down the section's language more granularly to understand the process.

CCP § 704.730(b):
"The amounts specified in this section shall adjust annually for inflation,
beginning on January 1, 2022, based on
the change in the annual California Consumer Price Index for
All Urban Consumers for the
prior fiscal year published by the
Department of Industrial Relations."

Step 2:  Figure out the relevant fiscal year for your calculation.

**California** fiscal year:                              July 1 through June 30
As of January 2022, the prior fiscal year:      July 1, 2020 through June 30, 2021

Step 3:  Find the California Department of Industrial Relations and the CPI.

California Dept of Industrial Relations, Office of the Director – Research, website shows the California CPI, and includes a
calculator for determining changes of CPI for All Urban Consumers for different time periods.
Do **not** accidentally use Urban Wage Earners and Clerical Workers.

Step 4:  Determine which month is the beginning month and which month is the ending month.

The California CPI is updated only in even-numbered months. See the attached Bates-numbered (BN) version of this document with
the sources for this calculation, particularly see attached BN 001, and 002- 008 for FAQs.
June 2020 compared with June 2021 will equal the change in Cal CPI for that fiscal year.

Step 5:  Calculate the difference between the beginning and ending months.

Ending value (June 2021) minus *Beginning value* (June 2020)[1] is:
297.447 minus 284.835 equals 12.612
12.612 (the annual difference) divided by 284.835 (the beginning CPI) = 4.4278, rounded to 4.4%

Step 6:  Apply the percent change to the floor and cap for the prior January 1st, to determine the new floor and cap applicable for
the following January 1st.

|  | 1-1-2021 | Apply % Change | 1-1-2022 |
|---|---|---|---|
| Calif Homestead Cap | $600,000 | x 1.044 | $626,400 |
| Calif Homestead Floor | 300,000 | x 1.044 | 313,200 |

Footnote:

[1] Several webpages of the Office of the Director – Research, Calif Department of Industrial Relations can be used to calculate or
find Calif CPI changes. The Consumer Price Index Calculator allows the user to perform their own calculations, as we have done
above. By entering the beginning & ending months (June 2020 and June 2021), the result is 4.4% (BN 009). Another way of finding
the percent increase is directly from the table entitled Consumer Price Index – California, All Urban Consumers (the first page of the
table) which shows that same Calif CPI change. (BN 010-011). Disregard the second page, which is for Urban Wage Earners and
Clerical Workers, which is not relevant to the homestead floor/ceiling inflation adjustment.





California Department of
**Industrial Relations**

# California Consumer Price Index

<u>CCPI E-MAIL SUBSCRIPTION SERVICE</u>

The California CPI is updated on **even-numbered months** (mid-February, mid-April, mid-June, etc.)

- Consumer Price Index Table - All Areas (2020-2021)

  Shows CPI data from 2020 to 2021 for each geographical area for "All Urban Consumers" and "Urban Wage Earners and Clerical Workers."

- Consumer Price Index Table - All Areas (2020-2021)

  Shows percentage changes in CPI data from 2020 to 2021 for each geographical area for "All Urban Consumers" and "Urban Wage Earners and Clerical Workers."

- California Consumer Price Index chart (1955-2021)

  Shows CPI data from 1955 to 2021 for "All Urban Consumers" and "Urban Wage Earners and Clerical Workers" in California.

- Consumer Price Index calculator (1989 - 2021)

  Calculates percentage changes in CPI data, depending on selection of geographical area (index), "All Urban Consumers" or "Urban Wage Earners and Clerical Workers" (index type), and time period (1989 to 2021).

- Frequently asked questions
- Important Notice Regarding Changes to the Publication Schedule for the California Consumer Price Index
- Exemption for computer software employees (Labor Code Section 515.5)
- Exemption for licensed physicians and surgeons (Labor Code Section 515.6)

The **Consumer Price Index historic data (1914-2021)** is also available on request; the file will be provided via e-mail in ZIP format.

If you need assistance in computing CPI changes from one period to the next, please contact us via the following:

| | |
|---|---|
| **Front Office:** | (415) 703-4780 |
| **Email:** | Statistics@dir.ca.gov |
| **Mailing address:** | Department of Industrial Relations |
| | Office of the Director – Research Unit |
| | PO Box 420603 |
| | San Francisco, CA 94142 |

Additional Consumer Price Index information is available from:
U.S. Bureau of Labor Statistics: http://www.bls.gov/
U.S. Department of Labor: http://www.dol.gov/

December 2021



 California Department of
**Industrial Relations**

## Frequently asked questions (and answers) regarding the consumer price index

Note: Questions and corresponding answer for each, were reproduced from "Understanding the Consumer Price Index: Answers to Some Questions" - a publication of the U.S. Department of Labor, Bureau of Labor Statistics. November 1997 (Revised).

Please select from the questions listed below:

Q1. What is the CPI?

Q2. How is the CPI used?

Q3. Is the CPI a cost-of-living index?

Q4. Whose buying habits does the CPI reflect?

Q5. How is the CPI market basket determined?

Q6. What goods and services does the CPI cover?

Q7. How are CPI prices calculated and reviewed?

Q8. How is the CPI calculated?

Q9. How do I read or interpret an index?

Q10. How can I get CPI information?

**Q1. What is the CPI?**

> A1. The Consumer Price Index (CPI) is a measure of the average change over time in the prices paid by urban consumers for a fixed market basket of goods and services. The CPI provides a way to compare what this market basket of goods and services costs this month with what the same market basket cost, say, a month or year ago.

**Q2. How is the CPI used?**

A2. The Consumer Price Index affects nearly all Americans, because of the many ways it is used. Three major uses are:

**As an economic indicator.** The CPI is the most widely used measure of inflation and is sometimes viewed as an indicator of the effectiveness of government economic policy. It provides information about price changes in the Nation's economy to government, business, labor, and other private citizens, and is used by them as a guide to making economic decisions. In addition, the President, Congress, and the Federal Reserve Board use trends in the CPI to aid in formulating fiscal and monetary policies.

**As a deflator of other economic series.** The CPI and its components are used to adjust other economic series for price changes and to translate these series into inflation-free dollars. Examples of series adjusted by the CPI include retail sales, hourly and weekly earnings, and components of the national income and product accounts. An interesting example is to use the CPI as a deflator of the value of the consumer's dollar to find its purchasing power. The purchasing power of the consumer's dollar measures the change in the quantity of goods and services a dollar will buy at different dates. In other words, as prices increase, the purchasing power of the consumer's dollar declines.

**As a means of adjusting dollar values.** As inflation erodes consumer's purchasing power, the CPI is often used to adjust consumers' income payments, for example, Social Security; to adjust income eligibility levels for government assistance; and to automatically provide cost-of-living wage adjustments to millions of American workers. The CPI affects the income of almost 80 million persons, as a result of statutory action: 47.8 million Social Security beneficiaries, about 22.4 million food stamp recipients, and about 4.1 million military and Federal Civil Service retirees and survivors. Changes in the CPI also affect the cost of lunches for 26.7 million children who eat lunch at school, while collective bargaining agreements that tie wages to the CPI cove another 2 million workers.

Another example of how dollar values may be adjusted is the use of the CPI to adjust the Federal income tax structure. These adjustments prevent inflation-induced increases in tax rates, an effect called "bracket creep."

**Q3. Is the CPI a cost-of-living index?**

A3. No, although it frequently (and mistakenly) is called a cost-of-living index. The Bureau of Labor Statistics (BLS or the Bureau) has for some time used a cost-of-living framework in making practical decisions about questions that arise in constructing the CPI. A cost-of-living index is a conceptual measurement goal, however, not a straightforward alternative to the CPI. A cost-of-living index would measure changes over time in the amount that consumers need to spend to reach a certain "utility level" or "standard of living." Both the CPI and a cost-of-living index would reflect changes in the prices of goods and services, such as food and clothing, that are directly purchased in the marketplace; but a complete cost-of-living index would go beyond this to also take into account changes in other governmental or environmental factors that affect consumers' well-being. It is very difficult to determine the proper treatment of public goods, such as safety and education, and other broad concerns, such as health, water quality, and crime that would comprise a complete cost-of-living framework.

Another difference between the CPI and a cost-of-living index is that the CPI does not reflect the changes in buying or consumption patterns that consumers would probably make to adjust to relative price changes. For example, if the price of pork increases compared to those of other meats, shoppers might shift their purchases away from pork to beef, poultry, or fish. The ability to substitute means that the increase in the cost to consumers of maintaining their level of well-being tends to be somewhat less than the increase in the cost of the mix of goods and services they previously purchased. The current CPI does not reflect this substitution among items as a cost-of-living index would. Rather, the current CPI measures the cost of items, in the same fixed proportions (or weights) month after month.

Experimental projects that may move the CPI closer to a cost-of-living measure are underway. Nevertheless, the difficult problems of defining living standards and measuring changes in the cost of their attainment over time make it improbable that a true cost-of-living measure can be produced in the foreseeable future.

**Q4. Whose buying habits does the CPI reflect?**

A4. The CPI reflects spending patterns for each of two population groups: All Urban Consumers (CPI-U)and Urban Wage Earners and Clerical Workers (CPI-W). The CPI-U represents about 87 percent of the U.S. population. It is based on the expenditures of almost all residents of urban or metropolitan areas, including professionals, the self-employed, the poor, the unemployed, and retired persons, as well as urban wage earners and clerical workers.

Not included in the CPI are spending patterns of persons living in rural non-metropolitan areas, farm families, persons in the Armed Forces, and those in institutions, such as prisons and mental hospitals. The CPI-W is based on the expenditures of households that are included in the CPI-U definition that also meet two requirements: more than one-half of the households income must come from clerical or wage occupations, and at least one of the household's earners must have been employed for at least 37 weeks during the previous 12 months. The CPI-W's population represents about 32 percent of the total U.S. population and is a subset, or part, of the CPI-U's population.

**Q5. How is the CPI market basket determined?**

A5. The CPI market basket is developed from detailed expenditure information provided by families and individuals on what they actually bought. For the current CPI, this information was collected from the Consumer Expenditure Survey over the three years 1993, 1994, and 1995. In each of these three years, about 7,000 families from around the country provided information on their spending habits in a series of quarterly interviews. To collect information on frequently purchased items, such as food and personal care products, another 5,000 families in each of the three years kept diaries listing everything they bought during a 2-week period.

Altogether, about 36,000 individuals and families provided expenditure information for use in determining the importance, or weight, of the over 200 item categories in the CPI index structure.

### Q6. What goods and services does the CPI cover?

A6. The CPI represents all goods and services purchased for consumption by the reference population (CPI-U or CPI-W). BLS has classified all expenditure items into more than 200 categories, arranged into eight major groups. Major groups and examples of categories in each are as follows:

**FOOD AND BEVERAGES** (breakfast cereal, milk, coffee, chicken, wine, full-service meals, and snacks);

**HOUSING** (rent of primary residence, owners' equivalent rent, fuel oil, bedroom furniture);

**APPAREL** (men's shirts and sweaters, women's dresses, jewelry);

**TRANSPORTATION** (new vehicles, airline fares, gasoline, motor vehicle insurance);

**MEDICAL CARE** (prescription drugs and medical supplies, physicians' services, eyeglasses and eye care, hospital services);

**RECREATION** (televisions, cable television, pets and pet products, sports equipment, admissions);

**EDUCATION AND COMMUNICATION** (college tuition, postage, telephone services, computer software and accessories);

**OTHER GOODS AND SERVICES** (tobacco and smoking products, haircuts and other personal services, funeral expenses).

Also included within these major groups are various government-charged user fees, such as water and sewage charges, auto registration fees, and vehicle tolls. The CPI also includes taxes (such as sales and excise taxes) that are directly associated with the prices of specific goods and services. However, the CPI excludes taxes (such as income and Social Security taxes) not directly associated with the purchase of consumer goods and services.

The CPI does not include investment items, such as stocks, bonds, real estate, and life insurance. (These items relate to savings and not to day-to-day consumption expenses.)

For each of the more than 200 item categories, BLS has chosen samples of several hundred specific items within selected business establishments, using scientific statistical procedures, to represent the thousands of varieties available in the marketplace. For example, in a given supermarket, the Bureau may choose a plastic bag of golden-delicious apples, U.S. extra fancy grade, weighing 4.4 pounds to represent the "Apples" category.

A7. Each month, BLS data collectors called economic assistants (formerly known as field representatives) visit or call thousands of retail stores, service establishments, rental units, and doctors' offices, all over the United States, to obtain price information on the thousands of items used to track and measure price change in the CPI. These economic assistants record the prices of about 80,000 items each month. These 80,000 prices represent a scientifically selected sample of the prices paid by consumers for the goods and services purchased.

During each call or visit, the economic assistant collects price data on a specified good or service that was precisely defined during an earlier visit. If the selected item is available, the economic assistant records its price. If the selected item is no longer available, or if there has been changes in the quality or quantity (for example, eggs sold in packages of 8, when previously they had been sold by the dozen) of the good or service since the last time prices were collected, the economic assistant selects a new item or records the quality change in the current item. The recorded information is sent to the national office of the BLS where commodity specialists, who have detailed knowledge about the particular goods or services priced, review the data. These specialists check the data for accuracy and consistency and make any necessary corrections or adjustments. These can range from an adjustment for a change in the size or quantity of a packaged item to more complex adjustments based upon statistical analysis of the value of an item's features or quality. Thus, the commodity specialists strive to prevent changes in the quality of items from affecting the CPI's measurement of price change.

**Q8. How is the CPI calculated?**

A8. The CPI is a product of a series of interrelated sample. First, using data from the 1990 Census of Population, BLS selects the urban areas from which prices are to be collected and chooses the housing units within each area that are eligible for use in the shelter component of the CPI. The Census of Population also provides data on the number of consumers represented by each area selected as a CPI price collection area. Next, another sample (of about 16,000 families each year)serves as the basis for a Point-of-Purchase Survey that identifies the places where households purchase various types of goods and services.

Data from the Consumer Expenditures Survey conducted from 1993 through 1995, involving a national sample of almost 36,000 families, provided detailed information on their spending habits. This enabled BLS to construct the CPI market basket of goods and services and to assign each item in the basket a weight, or importance, based on total family expenditures. The final stage in the sampling process is the selection of the specific detailed item to priced in each outlet. This is done in the field, using a method called "disaggregation." For example, BLS economic assistants may be directed to price "fresh whole milk." Through the dissaggregation process, the economic assistant selects the specific kind of fresh whole milk that will be priced in the outlet over time. By this process, each kind of whole milk is assigned a probability of selection, or weight, based on the quantity the store sells. If, for example, vitamin D, homogenized milk in half-gallon containers makes up 70 percent of the sales of whole milk; and the same milk in quart containers accounts for 10 percent of all whole milk sales, then the half-gallon container would be seven times as likely to be chosen as the quart container. After probabilities are assigned, one type, brand, and size container of milk is chosen by an objective selection process based on the theory of random sampling. The particular kind of milk that is selected by disaggregation will continue to be priced each month in that outlet. In summary, the price movement measurement is weighted by the importance of the item in the spending patterns of the appropriate population group. The combination of all these factors gives a weighted measurement of price change for all items in all outlets, in all areas priced for the CPI.

**Q9. How do I read or interpret an index?**

A9. An index is a tool that simplifies the measurement of movements in a numerical series. Most of the specific CPI indexes have a 1982-84 reference base. That is, BLS sets the average index level (representing the average price level) - for the 36 month period covering the years 1982, 1983, and 1984 - equal to 100. The Bureau measures changes in relation to that figure. An index of 110, for example, means there has been a 10-percent increase in price since the reference period; similarly an index of 90 means a 10-percent decrease. Movements of the index from one date to another can be expressed as changes in index points (simply, the difference between index levels), but is more useful to express the movements as percent changes. This is because index points are affected by the level of the index in relation to its reference period, while percent changes are not.

In the following table, Item A increased by half as many index points as Item B between Year I and Year II. Yet, because of the different starting figures, both items had the same percent change; that is, prices advanced at the same rate. On the other hand, Items B and C show the same change in index points, but the percent change is greater for Item C because of its lower starting value.

|  | Item A | Item B | Item C |
|---|---|---|---|
| Year I | 112.5 | 225.0 | 110.0 |
| Year II | 121.5 | 243.0 | 128.0 |
| Change in index points | 9.0 | 18.0 | 18.0 |
| Percent change | 8.0% | 8.0% | 16.4% |

BLS usually updates reference periods every 10 years or so, to make it easier for people to relate changes in the CPI to other economic and cultural changes.

Q10. How can I get CPI information?

A10. BLS on the Internet. Through the Internet, BLS provides free, easy, and continuous access to almost all published CPI data and press releases. The most recent month's CPI is made available immediately at the time of release.

Additionally, a database called LABSTAT, containing current and historical data for the CPI is accessible. Data and press releases from other BLS surveys are also available. This material is accessible via the World Wide Web (WWW), Gopher, and File Transfer Protocol (FTP), as described below. For help in using any of these systems, send e-mail to labstat.helpdesk@bls.gov

World Wide Web. BLS maintains a Web site at http://stats.bls.gov The BLS home page provides easy access to LABSTAT, as well as links to program specific home pages. In addition to data, the CPI home page, http://www.bls.gov/cpi/ provides other CPI information.

FTP and Gopher. These tools provide access to CPI LABSTAT data, as well as documentation and press release files organized in hierarchical directories. Connect to stats.bls.gov using FTP or Gopher, log on as ANONYMOUS and use your complete Internet e-mail address and password.





California Department of
**Industrial Relations**

# Consumer Price Index Calculator

**1. Select an Index**

California ⌄

**2. Select index type**

All Urban Consumers ⌄

**3. Select beginning month**

June ⌄

**4. Select beginning year**

2020 ⌄

**5. Select ending month**

June ⌄

**6. Select ending year**

2021 ⌄

**Beginning Index Value**

284.835

**Ending Index Value**

297.447

Based upon the Index, index type, and the time period you have specified, the percent change in the Consumer Price Index is equal to:

## 4.4%

State of California
Department of Industrial Relations
http://www.dir.ca.gov/OPRL

Office of the Director- Research Unit
P.O. Box 420603, San Francisco, California 94142

## CONSUMER PRICE INDEX – CALIFORNIA

Los Angeles-Long Beach-Anaheim, San Francisco-Oakland-Hayward, San Diego-Carlsbad,
Riverside-San Bernardino-Ontario, United States City Average, 2020-2021

All Items
1982 - 1984 = 100

All Urban Consumers, percentage (%) change from previous year

| Year | Month | California[a] | Los Angeles Long Beach Anaheim[b] | San Francisco Oakland Hayward[b] | San Diego Carlsbad[b] | Riverside San Bernardino Ontario[b] | U.S. City Average[b] |
|------|-------|------------|-----------|-----------|-----------|-----------|-----------|
| 2020 | January | | 3.1% | | 2.3% | 3.0% | 2.5% |
| 2020 | February | 3.0% | 3.4% | 2.9% | | | 2.3% |
| 2020 | March | | 1.9% | | 1.8% | 2.3% | 1.5% |
| 2020 | April | 1.0% | 0.7% | 1.1% | | | 0.3% |
| 2020 | May | | 0.9% | | 0.3% | 0.9% | 0.1% |
| 2020 | June | 1.4% | 1.4% | 1.6% | | | 0.6% |
| 2020 | July | | 1.9% | | 2.1% | 1.7% | 1.0% |
| 2020 | August | 1.8% | 2.0% | 1.6% | | | 1.3% |
| 2020 | September | | 1.2% | | 1.1% | 1.7% | 1.4% |
| 2020 | October | 1.0% | 0.7% | 1.1% | | | 1.2% |
| 2020 | November | | 1.0% | | 1.6% | 1.9% | 1.2% |
| 2020 | December | 1.7% | 1.5% | 2.0% | | | 1.4% |
| 2020 | Annual Average | 1.7% | 1.6% | 1.7% | 1.5% | 1.9% | 1.2% |
| 2021 | January | | 0.9% | | 1.7% | 2.2% | 1.4% |
| 2021 | February | 1.7% | 1.0% | 1.6% | | | 1.7% |
| 2021 | March | | 2.2% | | 4.1% | 3.6% | 2.6% |
| 2021 | April | 4.0% | 3.6% | 3.8% | | | 4.2% |
| 2021 | May | | 3.9% | | 5.3% | 5.9% | 5.0% |
| 2021 | June | 4.4% | 4.0% | 3.2% | | | 5.4% |
| 2021 | July | | 3.9% | | 6.0% | 6.5% | 5.4% |
| 2021 | August | 4.7% | 4.0% | 3.7% | | | 5.3% |
| 2021 | September | | 4.6% | | 6.5% | 6.8% | 5.4% |
| 2021 | October | 5.6% | 5.4% | 3.8% | | | 6.2% |
| 2021 | November | | | | | | |
| 2021 | December | | | | | | |
| 2021 | Annual Average | | | | | | |

Date of last update: 12/13/2021

[a] Weighted average of the consumer price indexes for Los Angeles-Long Beach-Anaheim, San Francisco-Oakland-Hayward, San Diego-Carlsbad, and Riverside-San Bernardino-Ontario. A conversion factor has been included for comparability of 2018 data with 2017 and prior years. Computed by the Department of Industrial Relations, Office of the Director - Research Unit from indexes issued by the U.S. Department of Labor.
[b] Source: U.S. Department of Labor, Bureau of Labor Statistics. Beginning with the November 2017 data, indexes for San Diego-Carlsbad will be published bi-monthly on odd months only (January, March, May, etc.). The Riverside-San Bernardino-Ontario indexes are on a December 2017 = 100 base and will be published bi-monthly on odd months only (January, March, May, etc.).

State of California
Department of Industrial Relations
http://www.dir.ca.gov/OPRL

Office of the Director- Research Unit
P.O. Box 420603, San Francisco, California 94142

**CONSUMER PRICE INDEX – CALIFORNIA**

Los Angeles-Long Beach-Anaheim, San Francisco-Oakland-Hayward, San Diego-Carlsbad, Riverside-San Bernardino-Ontario, United States City Average, 2020-2021

All Items
1982 - 1984 = 100

Urban Wage Earners and Clerical Workers, percentage (%) change from previous year

| Year | Month | California[a] | Los Angeles Long Beach Anaheim[b] | San Francisco Oakland Hayward[b] | San Diego Carlsbad[b] | Riverside San Bernardino Ontario[b] | U.S. City Average[b] |
|------|-------|------------|------------|------------|------------|------------|------------|
| 2020 | January | | 3.5% | | 2.3% | 3.4% | 2.5% |
| 2020 | February | 3.1% | 3.5% | 2.5% | | | 2.3% |
| 2020 | March | | 2.2% | | 2.3% | 2.5% | 1.5% |
| 2020 | April | 1.0% | 0.6% | 0.7% | | | 0.1% |
| 2020 | May | | 0.6% | | 1.0% | 1.3% | -0.1% |
| 2020 | June | 1.5% | 1.3% | 1.3% | | | 0.5% |
| 2020 | July | | 1.9% | | 2.7% | 2.1% | 1.0% |
| 2020 | August | 2.0% | 2.2% | 1.6% | | | 1.4% |
| 2020 | September | | 1.4% | | 1.2% | 2.1% | 1.5% |
| 2020 | October | 1.0% | 0.6% | 0.9% | | | 1.3% |
| 2020 | November | | 1.0% | | 1.9% | 2.1% | 1.3% |
| 2020 | December | 1.8% | 1.5% | 2.2% | | | 1.4% |
| 2020 | Annual Average | 1.8% | 1.7% | 1.5% | 1.8% | 2.2% | 1.2% |
| 2021 | January | | 1.1% | | 2.5% | 2.4% | 1.6% |
| 2021 | February | 2.1% | 1.4% | 1.8% | | | 1.9% |
| 2021 | March | | 2.7% | | 4.5% | 4.1% | 3.0% |
| 2021 | April | 4.4% | 4.2% | 4.1% | | | 4.7% |
| 2021 | May | | 4.5% | | 5.6% | 5.8% | 5.6% |
| 2021 | June | 5.0% | 4.7% | 4.3% | | | 6.1% |
| 2021 | July | | 4.5% | | 6.5% | 6.5% | 6.0% |
| 2021 | August | 5.3% | 4.5% | 4.9% | | | 5.8% |
| 2021 | September | | 4.8% | | 7.2% | 7.0% | 5.9% |
| 2021 | October | 6.0% | 5.6% | 5.2% | | | 6.9% |
| 2021 | November | | | | | | |
| 2021 | December | | | | | | |
| 2021 | Annual Average | | | | | | |

Date of last update: 12/13/2021

[a] Weighted average of the consumer price indexes for Los Angeles-Long Beach-Anaheim, San Francisco-Oakland-Hayward, San Diego-Carlsbad, and Riverside-San Bernardino-Ontario. A conversion factor has been included for comparability of 2018 data with 2017 and prior years. Computed by the Department of Industrial Relations, Office of the Director - Research Unit from indexes issued by the U.S. Department of Labor.
[b] Source: U.S. Department of Labor, Bureau of Labor Statistics. Beginning with the November 2017 data, indexes for San Diego-Carlsbad will be published bi-monthly on odd months only (January, March, May, etc.). The Riverside-San Bernardino-Ontario indexes are on a December 2017 = 100 base and will be published bi-monthly on odd months only (January, March, May, etc.).