Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266-5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 13 Case No: |
|---|---|
| Diane Lee Oakes<br>Andrzej Piotr Pokorny | 23-40133-CN 13 |

**WITHDRAWAL**
**OF**
**Objection to Debtor's Claim of Exemptions**

Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her Objection to Debtor's Claim of Exemptions for the above named Chapter 13 Case which was filed on February 22, 2023, same being court docket #16.

Date: March 29, 2023

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee